United States Magistrate Judge J. Kelley Arnold

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TINA L. PORTER, | ) |
|              Plaintiff, | ) CIVIL NO. C05-5166FDB </br>) </br>) ORDER FOR EXTENSION OF TIME TO |
| vs. | ) FILE REPLY BRIEF </br>) |
| JO ANNE B. BARNHART, </br>Commissioner of Social Security, | ) </br>) </br>) |
|              Defendant. | ) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Stipulation for Extension of Time to File Reply Brief, it is hereby

ORDERED that Plaintiff shall have to and including September 1, 2005, to file Plaintiff's Reply Brief.

Dated this 17th day of August, 2005.

/s/ J. Kelley Arnold
J. Kelley Arnold
United States Magistrate Judge

Presented by:

S/Eitan Kassel Yanich, WSBA #13690
Eitan Kassel Yanich, WSBA #13690

ORDER [C05-5166JKA] - 1

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

1 | Attorney for Plaintiff

ORDER [C05-5166JKA] - 2

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055